IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID F. SPENCER, | : | No. 4:CV 06-0174 |
| Plaintiff | : | Judge Jones |
| v. | : | |
| ANDREW S. ERISTOFF, Commissioner, | : | |
| Defendants | : | |

## ORDER

### March 3, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before this Court is Plaintiff David F. Spencer's ("Plaintiff") Motion for Reconsideration to Proceed *in forma pauperis* ("the Motion"). (Rec. Doc. 5). In his Motion, Plaintiff stated that he has filed for Chapter 13 Bankruptcy. To assist in our ruling on this Motion, we issued an Order (doc. 6) on February 9, 2006 directing Plaintiff to file a copy of his bankruptcy filings with this Court.

On February 15, 2006, Plaintiff filed an order issued by the United States Bankruptcy Court for the Middle District of Pennsylvania on October 21, 2005. (Rec. Doc. 6). The order (doc. 6) directs the Plaintiff to pay the appropriate filing fee in the Bankruptcy Court and alerts him that if the fee is not paid, his matter

will not be handled by the Bankruptcy Court. We find his order (doc. 6) entirely unhelpful because it does not inform this Court the current status of Plaintiff's bankruptcy action, nor does not persuade this Court to grant Plaintiff's Motion for Reconsideration to Proceed *in forma pauperis*. (Rec. Doc. 5).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion for Reconsideration to Proceed *in forma pauperis* (doc. 5) is DENIED.

2. The Plaintiff is directed to pay the appropriate filing fees to the Court.

John E. Jones III
United States District Judge