IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID F. SPENCER, | : | No. 4:CV 06-0174 |
| Plaintiff | : | Judge Jones |
| v. | : | |
| ANDREW S. ERISTOFF, Commissioner, | : | |
| Defendants | : | |

## ORDER

June 7, 2006

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This Court is in receipt of a letter (doc. 11) from Douglas J. Goglia, Esq., counsel for the Defendants in the above-captioned action, requesting an extension of time to file a response to the complaint. In the interest of justice, we will construe this letter as a motion and grant the requested relief, thereby extending the time to answer until July 15, 2006. We do, however, admonish counsel for future practice that the procedure followed by this Court is to file an appropriate motion rather than a letter with the Court.[1]

---

[1] The Defendants are reminded that in the event that they believe the Plaintiff's pleading is so vague or ambiguous that they cannot reasonably be required to frame a responsive pleading, then they have the option of filing a motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Defendants shall file a response to the complaint on or before July 15, 2006.

                                                      John E. Jones III  
                                                     United States District Judge